# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

Scotty Van Hawk
[You are the PLAINTIFF, print your full name on this line.]

v.

Judge Michael Reed Koscuisko County
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

NOV 06 2023 – AM10:30
US DISTRICT COURT
Northern District of Indiana
Chanda J Berta – Clerk

Case Number  3:23-cv-971
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] State of Indiana | 302 W Washington Indianapolis IN 46204 |
| 2 | [Put the names of any other defendants in these boxes.] County of Kosciusko | 121 N Lake St Warsaw IN 46580 |
| 3 | Judge Michael Reed Kosciusko Circuit Court | 121 N Lake St Warsaw IN 46580 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __3__

2. What is your address? 2906 E Armstrong Rd Leesburg, IN 46538 (place of detention)
   65200 M 62 Cassopolis MI 49031 (home)

3. What is your telephone number: (574) 527-7127

4. Have you ever sued anyone for these exact same claims?
   ☒ No.
   ☐ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

   DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

   DO NOT: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. The judge has refused to comply with the ADA and provide a transcriptionist.

2. The judge knowingly and willfully discriminates against me for my hearing disability.

3. The judge knows that the closed captionting provided is inaccurate and faulty.

4. The judge has refused to provide a proper communication method at all hearings.

5. The judge has cited hourly costs as a factor in refusing to comply with the ADA.

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and Facts (continued)

_____
_____
_____
_____
_____
_____

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?

☑ No.

○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?
Order the state to provide live active accurate talk to text transcriptionists for all hearing impaired people at all courts. Award all due compenstaion and legal fees.

_____
_____
_____

FILING FEE – Are you paying the filing fee?

○ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

☑ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[Initial Each Statement]

✓ I will keep a copy of this complaint for my records.
✓ I will promptly notify the court of any change of address.
✓ I declare under penalty of perjury that the statements in this complaint are true.

_____          11-6-23
Signature                                                Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]