UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

SCOTTY LEE VAN HAWK,

    Plaintiff,

v.   CAUSE NO. 3:23-CV-971 DRL-MGG

MICHAEL REED *et al.*,

    Defendants.

## ORDER

The court afforded Scotty Lee Van Hawk an opportunity to file an amended complaint that complies with the federal rules by December 7, 2023, cautioning him that failure to comply with this deadline, plead federal jurisdiction, pay the filing fee or file for *in forma pauperis* status, or file a rule-compliant complaint would result in the dismissal of his case without further notice [3]. He has filed nothing since that order. Accordingly, the court DISMISSES Mr. Van Hawk's case as abandoned under Federal Rule of Civil Procedure 41.

    SO ORDERED.

    December 11, 2023                             *s/ Damon R. Leichty*
                                                        Judge, United States District Court