AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

SCOTTY LEE VAN HAWK
*also known as* Scotty Van Hawk
    Plaintiff

v.   Civil Action No.   3:23-cv-971

MICHAEL REED, *Judge, Kosciusko Circuit Court, Kosciusko County*
INDIANA STATE OF
KOSCIUSKO COUNTY OF
    Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff (*name*) _____
recover from the defendant (*name*) _____
the amount of _____ dollars ($_____),
which includes prejudgment interest at the rate of _____%, plus post-judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (*name*) _____ recover costs from the plaintiff (*name*) _____ .

**X** Other:   The court DISMISSESS this case as abandoned under Federal Rule of Civil Procedure 41.

This action was (*check one*):

☐ tried to a jury with _____

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by  Judge Damon R Leichty

DATE:  12/12/2023         CHANDA J. BERTA, CLERK OF COURT

    by   /s/ S. Kowalsky
        *Signature of Clerk or Deputy Clerk*